# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| JASON BURKETT, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action No. 7:18-cv-024-O-BP |
| LORIE DAVIS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges the validity of a prison disciplinary action. The United States Magistrate Judge made findings, conclusions, and a recommendation in this case in which he recommends that the petition be denied. ECF No. 8. Objections were filed by Petitioner. ECF No. 9. The district court reviewed de novo those portions of the proposed findings, conclusions, and a recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and a recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DENIED.**

**SO ORDERED** this **17th day** of **April, 2018**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**